# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154814(60)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                           SC: 154814
                                            COA: 327491
DARRELL WILDER, a/k/a DARRELL JOHN          Wayne CC: 14-004600-FH
WILDER, a/k/a DARRELL J. WILDER,
        Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplement brief to August 4, 2017, is GRANTED. The same extension is given to defendant-appellant to file his supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk